CHARLES E. LEEDS, PLAINTIFF IN ERROR, v. CAMDEN AND ATLANTIC RAILROAD, DEFENDANT IN ERROR.

Error to Atlantic Circuit.

The same question as above decided is presented in this case, and a similar judgment will be given for reversal.